UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEITH HASSON DRAKE, : | |
| : | |
| Plaintiff, : | Civ. No. 13-3868 (RBK) (KMW) |
| : | |
| v. : | **MEMORANDUM AND ORDER** |
| : | |
| ROSELLEN G. MUNIAK, et al., : | |
| : | |
| Defendants. : | |

Plaintiff is a state prisoner proceeding *pro se* with a civil rights complaint pursuant to 42 U.S.C. § 1983. On May 7, 2015, this Court screened plaintiff's amended complaint. Some claims of the amended complaint were dismissed with prejudice, while others were dismissed without prejudice. Plaintiff was given thirty days in which to file a second amended complaint (if he elected to do so) which addresses the deficiencies of the amended complaint as to his claims that were dismissed without prejudice.

On May 26, 2015, plaintiff submitted a letter which requests an additional thirty days in which to submit a proposed second amended complaint. Good cause being shown, plaintiff shall be given an additional thirty days in which to file his second amended complaint.

Accordingly, IT IS this  29th  day of  May , 2015,

ORDERED that plaintiff's request for an extension of time to file a proposed second amended complaint (Dkt. No. 19.) is granted; and it is further

ORDERED that plaintiff shall file his proposed second amended complaint on or before July 6, 2015.

                              s/Robert B. Kugler
                              ROBERT B. KUGLER
                              United States District Judge