UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

KEITH HASSON DRAKE, :
:
        Plaintiff, :        Civ. No. 13-3868 (RBK) (KMW)
:
v. :
:        **MEMORANDUM AND ORDER**
ROSELLEN G. MUNIAK, :
:
        Defendants. :
_____ :

    Plaintiff is a state prisoner proceeding *pro se* with a civil rights complaint filed pursuant to 28 U.S.C. § 1983. On May 8, 2015, this Court screened plaintiff's amended complaint. Some claims were dismissed with prejudice while others were dismissed without prejudice. Plaintiff was given thirty days in which to file a proposed second amended complaint that corrected the deficiencies of plaintiff's claims that were dismissed without prejudice. Plaintiff subsequently received an extension of time until July 6, 2015 in which to file his proposed second amended complaint. Presently pending before the Court is plaintiff's second request for an extension of time to file a proposed second amended complaint. (*See* Dkt. No. 21.) Good cause being shown, plaintiff's request will be granted.

    Accordingly, IT IS this  9th  day of  July,  2015,

    ORDERED that plaintiff's second request for an extension of time to file a proposed second amended complaint (Dkt. No. 21.) is granted; and it is further

    ORDERED that plaintiff may file his proposed second amended complaint within thirty (30) days of the date this Order is entered.

                                                                   s/Robert B. Kugler
                                                                   ROBERT B. KUGLER
                                                                   United States District Judge